**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PGR LESSEE I, LLC, *et al.*, | Case No. 26-90773 (ARP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors of PGR Lessee I, LLC, *et al.* (the "Committee"), hereby enters its appearance by and through its proposed counsel, Pachulski Stang Ziehl & Jones LLP, and, pursuant to Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), respectfully requests that copies of all notices given or required to be given and all papers served or required to be served in the above-captioned chapter 11 cases be given to and served upon the following:

Maxim B. Litvak
Theodore S. Heckel, Sr.
PACHULSKI STANG ZIEHL & JONES LLP
700 Louisiana Street, Suite 4500
Houston, Texas 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mlitvak@pszjlaw.com
theckel@pszjlaw.com

Bradford J. Sandler
Cia H. Mackle
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
cmackle@pszjlaw.com

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/PGR. The Debtors' service address is 20 Greenway Plaza, Suite 540, Houston, TX 77046.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, all notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, as well as all orders, notices, pleadings, motions, applications, statements, chapter 11 plans, disclosure statements, complaints, demands, requests, petitions, answering or reply papers, memoranda, briefs, declarations, affidavits, exhibits, lists, schedules, reports, letters, agendas, and other documents filed, entered, served, or given in the above-captioned chapter 11 cases or any proceeding therein or related thereto, or brought before this Court in connection therewith, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, courier, telephone, electronic mail, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE THAT** the Committee also respectfully requests that its proposed counsel identified herein be added to all official service lists maintained in the above-captioned chapter 11 cases, including the master service list described in the *Procedures for Complex Cases in the Southern District of Texas*.

**PLEASE TAKE FURTHER NOTICE THAT** neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any subsequent appearance, pleading, claim, or suit shall waive any substantive or procedural right of the Committee or constitute a waiver by the Committee of: (a) the right to have final orders in non-core matters, or in any other matter in which this Court may not enter final orders absent consent, entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"); (b) the right to trial by jury in any proceeding so triable in the above-captioned chapter 11 cases or any case, controversy, or proceeding therein or related thereto; (c) the right to have the District Court withdraw the reference in any matter subject to

mandatory or discretionary withdrawal; (d) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice; (e) the right to elect remedies; (f) the right to have any complaint, any motion initiating a contested matter, and any summons, subpoena, or other process served in accordance with all applicable Bankruptcy Rules and Federal Rules of Civil Procedure; or (g) any other rights, claims, actions, defenses, setoffs, or recoupments under any agreements, at law, in equity, or otherwise, all of the foregoing being expressly reserved.

Dated: October 7, 2026
Houston, Texas

Respectfully submitted,

*/s/ Theodore S. Heckel, Sr.*

PACHULSKI STANG ZIEHL & JONES LLP
Maxim B. Litvak (24002482)
Theodore S. Heckel, Sr. (24133488)
700 Louisiana Street, Suite 4500
Houston, Texas 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mlitvak@pszjlaw.com
theckel@pszjlaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (*pro hac vice* forthcoming)
Cia H. Mackle (*pro hac vice* forthcoming)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
cmackle@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**Certificate of Service**

I hereby certify that on October 7, 2026, a true and correct copy of the foregoing document was caused to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Theodore S. Heckel, Sr.*
Theodore S. Heckel, Sr.