UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 26-90773 (ARP) |
|---|---|---|---|
| Debtor | In Re: PGR Lessee I, LLC, et al. | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name | Bradford J. Sandler |
| Firm | PACHULSKI STANG ZIEHL & JONES LLP |
| Street | 1700 Broadway, 36th Floor |
| City & Zip Code | New York, NY 10019 |
| Telephone | (212) 561-7700 |
| Licensed: State & Number | New York State Bar No. 4499877 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors | |
|---|---|
| Dated: 10/07/2026 | Signed: /s/ Bradford J. Sandler |

| COURT USE ONLY: The applicant's state bar reports their status as: ____________________. | |
|---|---|
| Dated: | Signed: ______________________ Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Dated: ____________________

______________________________
United States Bankruptcy Judge