UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 26-90773 (ARP) |
| Debtor | In Re: PGR Lessee I, LLC, et al. | | |

This lawyer, who is admitted to the State Bar of Florida:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Cia H. Mackle<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>(212) 561-7700<br>Florida State Bar No. 0026471 |

Seeks to appear as the attorney for this party:

| Official Committee of Unsecured Creditors | |
|---|---|
| Dated: 10/07/2026 | Signed: /s/ Cia H. Mackle |

| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
|---|---|
| Dated: | Signed: ______________________<br>Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Dated: ______________________ ______________________

United States Bankruptcy Judge